**Mark L. DUDLEY, Appellant–Respondent,**

v.

**STATE of Missouri, Respondent–Appellant.**

**Nos. WD 61287, WD 61388.**

Missouri Court of Appeals, Western District.

Sept. 23, 2003.

Emmett D. Queener, Columbia, MO, for appellant-respondent.

Stephanie Morrell, Assistant Attorney General, Jefferson City, MO, for respondent-appellant.

Before HARDWICK, P.J., BRECKENRIDGE and SPINDEN, JJ.

**ORDER**

PER CURIAM.

The State appeals the motion court's grant of Mark Dudley's Rule 29.15 motion for post-conviction relief, following an evidentiary hearing. Mr. Dudley cross-appeals the denial of his four other claims for

relief in his post-conviction motion. Since a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment of the motion court is affirmed. Rule 84.16(b).